■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALDO DELROSARIO, Appellant. [668 NYS2d 475] —Appeal by the defendant from a judgment of the County Court, Rockland County (Kelly, J.), rendered May 1, 1991, convicting him of assault in the second degree (two counts) and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review his contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt (*see,* CPL 470.15 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the circumstantial evidence in the light most favorable to the prosecution (*see, People v Cabey,* 85 NY2d 417, 421; *People v Williams,* 84 NY2d 925, 926), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review (*see, People v Iannone,* 45 NY2d 589; *People v Smith,* 113 AD2d 905, 907) or do not require reversal (*see, People v Cohen,* 201 AD2d 494, 495). Mangano, P. J., Bracken, Copertino and Santucci, JJ., concur.